Mary Ann Adams and Alfred D. Fohs, as Executors, etc., of Walter Adams, Deceased, Respondents, v. George Elwood, Appellant. —Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred. *[margin: 61 Case 2 s168 NY]*

Dutchess Tool Company, Respondent, v. Louis J. Kolb, Appellant. — Judgment affirmed, with costs, upon the law and facts, upon authority of *Dutchess Tool Co.* v. *Kolb* (44 App. Div. 624). All concurred.

John A. Hughes and J. McCoy Gray, Appellants, v. Thomas G. Carlin and Others, Respondents.— Judgment affirmed, with costs. No opinion. All concurred.

The People of the State of New York, on Complaint of Bridget Normoyle, Respondent, v. Michael Normoyle, Appellant. — Order affirmed, with costs. No opinion. All concurred.

Joseph Harkins, Appellant, v. Henry W. Sharkey, Respondent.— Judgment and order affirmed, with costs. No opinion. All concurred.

Eliza Walker Naul and Others, Appellants, v. Henry S. Naul and Others, Respondents; Magdalen Van Cott Naul and Others, Appellants.—Order granting new trial affirmed, with costs. No opinion. All concurred, except Jenks, J., not sitting.

William D. Ashley, Respondent, v. Dexter D. Ashley, Appellant.—Interlocutory judgment affirmed, with costs. No opinion. All concurred. *[margin: 61 6 Case 28 a171 NY 6]*

Brigetta Agnes Curry, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order unanimously affirmed, with costs. No opinion.

Elbert Stannard, Respondent, v. Whitestone Forge and Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred. *[margin: 61 6 Case 30 a172 NY 6]*

James Megowan and William S. Goddard, Appellants, v. Charles G. Peterson, Respondent.— Judgment and order affirmed, with costs, on the law and facts, upon the authority of *Muller* v. *Peterson* (57 App. Div. 626). All concurred. *[margin: 61 6 Case 31 r173 NY]*

Ira C. Hunter, Appellant, v. Brooklyn Heights Railroad Company, Respondent.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion.